868

No. 415, Misc. WILHELM *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 416, Misc. SHANHOLTZ *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 425, Misc. ZIZZO *v.* FAY, WARDEN. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 438, Misc. VELLUCCI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 440, Misc. YOUNG *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 467, Misc. LAWLOR *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 92, Misc. DE GRANDIS ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Jacques M. Schiffer* for petitioners.

No. 332, Misc. ZIMPLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.